

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Teodoro Miguel Hernandez, Appellant

No. 06-15-00167-CR      v.

The State of Texas, Appellee

Appeal from the 428th District Court of Hays County, Texas (Tr. Ct. No. CR-14-0339). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we reverse the trial court's judgment convicting Hernandez of and sentencing him for the crime of aggravated assault with a deadly weapon and, in lieu of that judgment, render a judgment convicting Hernandez of the lesser-included offense of assault. Further, we remand this matter to the trial court for a new punishment hearing for the offense of assault. We affirm the trial court's judgment of conviction as to the offense of sexual assault in all respects.

We note that the appellant, Teodoro Miguel Hernandez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 5, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk